UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.3:12-cr-00047-1 |
| ) | Chief Judge Haynes |
| KENNETH D. LEE ) | |

## MOTION TO RESET STATUS CONFERENCE

COMES NOW the Defendant, **Kenneth D. Lee**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order resetting the status conference in this case. In support hereof, Defendant states as follows:

1. The trial of this case is currently scheduled for Tuesday, July 30, 2013 at 9:00 a.m. (Docket Entry 17).

2. The parties inadvertently misread the *Order* setting the case for trial on 7/30/13 and both counsel failed to appear for a *Status Conference* which was set for July 29, 2013. The parties apologize for this oversight.

**WHEREFORE**, based on the foregoing, Defendant Lee respectfully requests that this Honorable Court enter an Order resetting the status conference in this case.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
Suite 1700, Regions Center
315 Deaderick St.
Nashville, Tennessee 37238
(615) 244-2770

BY: s:/ Peter J. Strianse
PETER J. STRIANSE

[Handwritten notation: "The motion is GRANTED. The conference is reset for July 15, 2013 at 4:30 p.m." signed and dated 7-9-13]