UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-cr-00047-1 |
| ) | Chief Judge Haynes |
| KENNETH D. LEE ) | |

## MOTION TO RESET STATUS CONFERENCE

*[handwritten annotation: GRANTED. This motion is Granted. Rep. The conference reset for July 19, 2013 at 4:00 pm. WILL [illegible] 7-12-13]*

COMES NOW the Defendant, **Kenneth D. Lee**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order resetting the status conference in this case from Monday, July 15, 2013 at 4:30 p.m. to Friday, July 19, 2013. In support hereof, Defendant states as follows:

1. The Court has scheduled a *Status Conference* in this case on Monday July 15, 2013 at 4:30 p.m. (Docket Entry 20).

2. Undersigned counsel will be in a civil jury trial in the Circuit Court for Sumner County, Tennessee, on July 15 and 16. Obviously, the jury trial conflicts with the setting of the status conference in the *Lee* case.

3. Assistant United States Attorney Scarlett Singleton has advised that she would be available to conduct the status conference on 7/19/13.

**WHEREFORE**, based on the foregoing, Defendant Lee respectfully requests that this Honorable Court enter an Order resetting the status conference in this case from Monday, July 15, 2013 at 4:30 p.m. to Friday, July 19, 2013.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
Suite 1700, Regions Center
315 Deaderick St.
Nashville, Tennessee 37238
(615) 244-2770

BY: s:/ Peter J. Strianse
PETER J. STRIANSE