**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

UNITED STATES OF AMERICA, )
)
    Plaintiff. )
)
v. )    Case No. 3:12-00047
)    Chief Judge Haynes,
KENNETH LEE, )
)
    Defendant. )

## O R D E R

The sentencing hearing is set in this action for **Friday, October 18, 2013 at 4:00 p.m.** By

**Monday, October 7, 2013,** counsel shall submit their memoranda, response and/or reply as well as

the number of witnesses to be called and the expected length of the hearing. Failure to comply with

this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to

discuss any forfeiture issues.

It is so **ORDERED**.

**ENTERED** this the ___ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court