IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-cr-00047 |
| ) | |
| KENNETH LEE ) | Judge Haynes |

## GOVERNMENT'S MOTION TO CONTINUE
## SENTENCING HEARING DATE

The United States of America, by and through the Assistant U.S. Attorneys below, respectfully request that the sentencing hearing in the above case be continued from October 18, 2013 at 4:00 p.m. until Monday, October 28, 2013 at 2:00 p.m. The change in the date of the hearing is necessary because one of the attorneys for the government is not available on the date the hearing is currently scheduled. The government has discussed this request with the attorney for the defendant and is authorized to state that he does not oppose the motion and further that the attorney for the defendant is available October 28.

[Handwritten note: *DENIED. This motion is granted.* [signature] 9-18-13]

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

*/s/ Jimmie Lynn Ramsaur*
JIMMIE LYNN RAMSAUR
SCARLETT M. SINGLETON
Assistant United States Attorneys
110 9th Avenue South, Suite A-961
Nashville, TN 37203
(615) 736-5151