UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:12-00047 |
| | ) Chief Judge Haynes |
| KENNETH D. LEE | ) |

*[Handwritten annotation: "This motion is GRANTED. [signature] 10-23-13"]*

## MOTION TO CONTINUE SENTENCING DATE

COMES NOW the Defendant, **Kenneth D. Lee**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an order continuing the sentencing hearing in the above-captioned case from Monday, October 28, 2013, to a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. The sentencing hearing in this case is currently scheduled for Monday, October 28, 2013 at 2:00 p.m. (Docket Entry 35).

2. Undersigned counsel needs additional time to assure that the Financial Statement section of the presentence report is complete. Counsel is requesting additional information from the Defendant's wife to be disclosed to the U.S. Probation Office. Counsel wants to ensure that the Defendant is completely responsive to the requests of U.S. Probation and lives up to his obligations in the plea agreement in all respects.

**WHEREFORE**, based on the foregoing, Defendant Lee respectfully requests that this Honorable Court enter an order continuing the sentencing hearing in the above-captioned case from Monday, October 28, 2013, to a later date convenient to the Court and counsel.